UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:
VINCENT MICHAEL ORTIZ

Chapter 13
Case No. 2024-26107-RMB-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtor's Chapter 13 Plan filed on November 13, 2024, for the reason that:

The plan does not provide for the submission of all or such portion of future earnings or other future income of the debtor to the supervision and control of the Trustee as is necessary for the execution of the Plan. 11 U.S.C. §1322(a)(1).

Failure to pay all disposable income as required by §1325.

Failure to properly serve post-confirmation plan modification as required by Rule 3015(g).

WHEREFORE, trustee prays for denial of confirmation of debtor's Chapter 13 Plan filed November 13, 2024.

### NOTICE OF TELEPHONE HEARING

---

TO:   VINCENT MICHAEL ORTIZ          WATTON LAW GROUP
                                     Trustee Rebecca R. Garcia

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Rachel M. Blise, United States Bankruptcy Judge, on **February 18, 2025 at 2:30 PM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed November 13, 2024.

**To appear by telephone, you must call the court conference line at 1-669-254-5252, enter meeting ID 160 5891 6561, a**nd enter access code 447162 before the scheduled hearing time.   Please note that the Court may already be in session, so
please wait quietly on the telephone for your case to be called. The debtor is welcome, but not required to, participate in this hearing.

Dated the 22nd day of January 2025.
/s/ Rebecca A. Quiroz
Staff Attorney

Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
Fax 920.231.5713
E-mail info@ch13oshkosh.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  Case No. 2024-26107-RMB-13
VINCENT MICHAEL ORTIZ

    Debtor

Chapter 13
**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN )
    ) SS
WINNEBAGO COUNTY)

Jennifer L. Wojciechowski, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 22nd day of January 2025, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed November 13, 2024, was mailed in a first class postage paid envelope to the following:

VINCENT MICHAEL ORTIZ
7638 SOUTH WINGSPAN WAY UNIT 301
OAK CREEK, WI 53154

and the following were served electronically

WATTON LAW GROUP

    Dated the 22nd day of January 2025.
    /s/ Jennifer L. Wojciechowski
    Jennifer L. Wojciechowski