IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Vincent Michael Ortiz,　　　　　　　　　Chapter 13

　　　　Debtor.　　　　　　　　　　　　Case No. 24-26107-rmb

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN**

Clean Energy Credit Union ("CECU") by and through its undersigned counsel hereby objects to confirmation of debtor's Chapter 13 Plan filed on November 13, 2024 (Doc 2) (the "Plan") for the reason that CECU holds a claim of $19,067.45, secured by solar panels which was duly perfected as evidenced in its Claim #3 (the "Claim") filed in the Debtor's above captioned bankruptcy case and according to the Plan, Debtor has failed to properly classify and treat the Claim as a secured claim.

WHEREFORE, CECU prays for denial of confirmation of the Plan.

**NOTICE OF TELEPHONIC HEARING**

**TO:** **VINCENT MICHAEL ORTIZ
WATTON LAW GROUP
REBECCA R. GARCIA, CHAPTER 13 TRUSTEE**

PLEASE TAKE NOTICE that a telephonic hearing will be held via conference call before the Honorable Rachel M. Blise, United States Bankruptcy Judge, on **February 18, 2025 at 2:30 PM**, to consider the CECU's Objection to Confirmation of the Plan (Doc 2) filed November 13, 2024.

**To appear by telephone, you must call the court conference line at 1-669-254-5252, enter meeting ID 160 5891 6561, and enter access code 447162** before the scheduled hearing time. Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called. The debtor is welcome, but not required to, participate in this hearing.

Respectfully submitted,

**CLEAN ENERGY CREDIT UNION**

By: */s/ Daniel Moak*
One of its Attorneys

Daniel Moak (WI#1070564)
Taft Stettinius & Hollister LLP
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400
dmoak@taftlaw.com

## CERTIFICATE OF SERVICE

I, Daniel Moak, an attorney, hereby certify that I caused a true and correct copy of this Notice of Motion for Relief from Stay to be served on the attached service list as indicated from my offices located at 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 on this 22nd day of January, 2025.

/s/ *Daniel Moak*

## SERVICE LIST

**VIA ECF ELECTRONIC FILING:**
Michael J. Watton
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
(414) 273-6858
wlgmke@wattongroup.com

**VIA US MAIL:**
Rebecca R. Garcia
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170
(920) 231-2150

U.S. Trustee
Office of the U.S. Trustee
517 E. Wisconsin Ave., Room 430
Milwaukee, WI 53202

Vincent Michael Ortiz
7638 South Wingspan Way, Unit 301
Oak Creek, WI 53154

170261212v2

Case 24-26107-rmb    Doc 17    Filed 01/22/25    Page 4 of 4