UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Vincent Michael Ortiz

        Debtor.

Case No. 24-26107-RMB
Chapter 13

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

      Vincent Michael Ortiz ("Debtor") through counsel, Michael J. Watton, and the Watton Law Group, file papers with the court requesting modification of the Chapter 13 Plan in the above case.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

> Clerk of Bankruptcy Court
> 517 East Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 Plan.

Michael J. Watton, Esq.
Watton Law Group
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
T: 414-273-6858
wlgmke@wattongroup.com

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. The request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDE ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL AN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   ☒ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors; or

   ☐ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of $1,920.00 through January 31, 2025, and $1,120.00 per month starting February 2025 through and including June 2026, $1,370.00 starting July 2026 through and including April 2028, and $2,249.22 for the remainder of the plan. The plan is a step plan due to Debtor's (daughter's car) lease ending in June 2026 and 401(k) loan repayments ending April 2028. The plan is now a 48 months plan.

   Estimated Total of plan payments: $68,715.00

   General Unsecured non-priority claims shall be paid not less than 0% of their respective total claims and paid pro rata, with no interest.

   Creditor Clean Energy CU should be moved to section 3.5 of the plan. Debtor(s) will surrender his interest only in the solar panels on property located on 6401 Blue River Way Racine, WI 53402 to creditor Clean Energy CU. No payments will be made to Clean Energy CU through the plan.

   Creditor Disney Vacation Club shall be removed from section 3.1 of the plan.

   In order to address the existing delinquency in pre-confirmation plan payments, the Debtor elects to designate confirmation date as the starting date of the plan term under section 2.1(B) of the plan.

   All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

   WHEREFORE, the Debtor and Counsel request that the Court approve this proposed amendment to the original Chapter 13 Plan.

# CERTIFICATION

Counsel for Debtor must sign this certification. Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct. I certify under penalty of perjury that the foregoing is true and correct.

Date: February 3, 2025

/s/ Kirk Fedewa (for)
Michael J. Watton, Esq.
Watton Law Group
